|   |   |
|---|---|
| 1 | Jonah A. Grossbardt (State Bar No. 283584) |
| 2 | Matthew L. Rollin (State Bar No. 332631) |
|   | **SRIPLAW** |
| 3 | 8730 Wilshire Boulevard |
| 4 | Suite 350 |
|   | Beverly Hills, California 90211 |
| 5 | 323.364.6565 – Telephone |
| 6 | 561.404.4353 – Facsimile |
| 7 | jonah.grossbardt@sriplaw.com |
|   | matthew.rollin@sriplaw.com |
| 8 |   |
| 9 | Attorneys for Plaintiff |
|   | VPR BRANDS, LP |
| 10 |   |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| VPR BRANDS, LP, | ) Case No.: 2:21-cv-01110 |
|---|---|
|  | ) MCS(MAAx) |
| Plaintiff, | ) |
|  | ) |
| vs. | ) **STIPULATION OF DISMISSAL** |
|  | ) **WITHOUT PREJUDICE** |
| XL VAPE, LLC, | ) |
|  | ) |
| Defendant. | ) |
|  | ) |
|  | ) |
|  | ) |

Plaintiff VPR BRANDS, LP and Defendant XL VAPE, LLC by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(iIII), hereby stipulate to the dismissal of the instant lawsuit, *without* prejudice, with each party to bear its own costs, attorneys' fees and expenses.

DATED: July 26, 2021

*/s/ Jonah A. Grossbardt*
JONAH A. GROSSBARDT
MATTHEW L. ROLLIN
**SRIPLAW**
Attorneys for Plaintiff VPR Brands, LP

*/s/ Jeffrey H. Grant*
JOHN SHAEFFER
JEFFREY H. GRANT
NONA YEGAZARIAN
**FOX ROTHSCHILD, LLP**
Attorneys for Defendant XL Vape, LLC

## ATTESTATION

Pursuant to Local Rule 5.4.3.4(2)(i), all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Jonah A. Grossbardt*
Jonah A. Grossbardt